**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA SOLTERO,<br><br>        Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | No. CV 13-4242-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 29, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE